IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02001-WJM-MJW

SCALES 'N TAILS FRANCHISING, LLC, a Colorado limited liability company,

Plaintiff,

v.

RONALD F. BEALL, and individual, and
PILAR BEALL, an individual,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Leave to Interplead Funds (Docket No. 17) is GRANTED.  It is ORDERED that plaintiff Scales 'N Tails Franchising, LLC shall endorse to the order of the court the check paid by P and R Enterprises, LLC, on behalf of defendants, dated July 10, 2012 in the amount of $1,704.29, and tender the check to the court in order that such funds may be held in the court's registry.

Date: August 28, 2012