IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02001-WJM-MJW

SCALES 'N TAILS FRANCHISING, LLC, a Colorado limited liability company,

Plaintiff(s),

v.

RONALD F. BEALL, and individual, and
PILAR BEALL, an individual,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Unopposed Motion for Leave to Vacate Scheduling/Planning Conference (Docket No. 28) is GRANTED.  The scheduling conference set for October 15, 2012 at 10:00 a.m. is VACATED.  The scheduling conference is RESET for October 18, 2012 at 10:30 a.m.

Date: October 9, 2012